Tony TURNAGE, Plaintiff–Appellant,

v.

Jerome LACORTE, Chief Attn.; Office of the Public Defender, District One–Balto. City; Scott Whitney, Chief Attn.; Office of the Public Defender, Collateral Review Division, Defendants–Appellees.

No. 12–7491.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: Feb. 28, 2013.

Tony Turnage, Appellant Pro Se.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Turnage appeals the district court's orders dismissing under 28 U.S.C. § 1915(e)(2)(B) (2006) his 42 U.S.C. § 1983 (2006) complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turnage v. LaCorte,* No. 1:12–cv–02214–ELH, 2012 WL 3263895 (D.Md. Aug. 7 & 23, 2012). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*